IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BROADCAST MUSIC, INC., SONY/ATV SONGS, LLC., D/B/A SONY/ATV TREE PUBLISHING, WARNER-TAMERLANE PUBLISHING CORP., ELEKSYLUM MUSIC, INC., NO SURRENDER MUSIC, A DIVISION OF PRAXIS INTERNATIONAL COMMUNICATIONS, INC., SHIRLEY EIKHARD USA MUSIC, EMI BLACKWOOD MUSIC, INC., SONY/ATV SONGS, LLC., SONY /ATV ACUFF ROSE MUSIC, NASHVILLE STAR MUSIC, A DIVISION OF REVEILLE MUSIC PUBLISHING LLP., CARNIVAL MUSIC COMPANY, D/B/A TILTAWHIRL MUSIC, MAD MOTHER MUSIC, 3RING CIRCUS MUSIC, LLC., D/B/A SOULRIDE MUSIC, ROOT 49 MUSIC, LLC., D/B/A ROOT 49 MUSIC, CACKALACKI TWANG, AVERAGE JOES ENTERTAINMENT GROUP, INC., D/B/A AVERAGE JZ'S MUSIC PUBLISHING AND INDIANA ANGEL MUSIC, ,

    Plaintiffs,

 v.

KME PROPERTIES, LLC., D/B/A COUNTRYSIDE INN and RICHARD ERDMAN,

    Defendants.

ORDER

14-cv-373-jdp

---

    I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.

Entered this 10th day of December, 2014.

                                        BY THE COURT:
                                        /s/

                                        JAMES D. PETERSON
                                        District Judge